UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Barbara Loomis and Henry Payne, individually and on behalf of other similarly situated employees,<br><br>                Plaintiffs,<br><br>vs.<br><br>CUSA LLC d/b/a Coach America, CUSA ES, LLC d/b/a Coach America Crew Transport, and d/b/a Express Shuttle, and CUSA CSS, LLC, d/b/a Crew Shuttle Service,<br><br>                Defendants. | Court File No. 09-cv-00026-AJB<br><br>**ORDER GRANTING LEAVE TO FILE CONFIDENTIAL SETTLEMENT PAYMENT SCHEDULE AND MEMORANDUM EXHIBIT UNDER SEAL** |

Upon consideration of the parties' Joint Motion for Leave to File Confidential Settlement Payment Schedule and Memorandum Exhibit Under Seal ("the Joint Motion") (Doc. No. 201), and for good cause shown, it is hereby **ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED**. Pursuant to D. Minn. LR 79.1, the parties' Confidential Settlement Payment Schedule, and <u>Exhibit 1</u> to the parties' Memorandum in Support of Joint Motion for Approval of Settlement and Dismissal With Prejudice, are accepted for filing under seal in accordance with the Electronic Case Filing Procedures for the District of Minnesota.

Dated this 12th day of July, 2010.

                                                        \_\_s/ Arthur J. Boylan_____
                                                        ARTHUR J. BOYLAN
                                                        United States Magistrate Judge