# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
Confidential Settlement Payment
Schedule and Exhibit A

Barbara Loomis and Henry Payne, individually and on behalf of other similarly situated employees,

          Plaintiff(s)

v.

CUSA, LLC d/b/a Coach America, CUSA ES, LLC d/b/a Coach America Crew Transport, and d/b/a Express Shuttle, and CUSA CSS, LLC d/b/a Crew Shuttle Service,

          Defendant(s)

Case Number: 09-cv-00026-AJB

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Confidential Settlement Payment Schedule and Exhibit A thereto.
*(e.g.: Exhibit A - Photo of Airplane)*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

____ Voluminous Document* (Document number of order granting leave to file conventionally: _____ )

____ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

____ Physical Object (description):

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: 202 )

____ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
      (Document number of redacted version: _____ )

____ Other (description):

forms\cmecf\convfilingplchldr.doc

Form Updated 07/29/05



\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).