# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
Exhibit 1 to Memorandum in Support of Joint Motion for Approval of Settlement and Dismissal With Prejudice

Barbara Loomis and Henry Payne, individually and on behalf of other similarly situated employees,

        Plaintiff(s)

Case Number: 09-cv-00026-AJB

v.

CUSA, LLC d/b/a Coach America, CUSA ES, LLC d/b/a Coach America Crew Transport, and d/b/a Express Shuttle, and CUSA CSS, LLC d/b/a Crew Shuttle Service,

        Defendant(s)

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Rejector's Written Objections
*(e.g.: Exhibit A - Photo of Airplane)*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

____ Voluminous Document* (Document number of order granting leave to file conventionally: _____ )

____ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

____ Physical Object (description):

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: 202 )

____ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
      (Document number of redacted version: _____ )

____ Other (description):



\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).