UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Barbara Loomis and Henry Payne, individually and on behalf of other similarly situated employees,<br><br>                       Plaintiffs,<br><br>vs.<br><br>CUSA LLC d/b/a Coach America, CUSA ES, LLC d/b/a Coach America Crew Transport, and d/b/a Express Shuttle, and CUSA CSS, LLC, d/b/a Crew Shuttle Service,<br><br>                       Defendants. | Court File No. 09-cv-00026-AJB<br><br>**ORDER APPROVING SETTLEMENT AND FOR DISMISSAL** |

Upon consideration of the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice ("the Joint Motion") (Doc. No. 205), and having reviewed the parties' Joint Stipulation of Settlement and Dismissal with Prejudice ("the Stipulation") (Doc. No. 203), and for good cause shown, it is hereby **ORDERED AND ADJUDGED:**

      A.      The Court finds that the settlement described in the Stipulation: (1) is fair to named plaintiff Barbara Loomis ("Plaintiff Loomis"), named plaintiff Henry Payne ("Plaintiff Payne"), and the opt-in plaintiffs identified in <u>Exhibit A</u> to the Stipulation (collectively, "the Settling Plaintiffs"); (2) reasonably resolves a *bona fide* disagreement between the parties regarding the merits of the claims asserted by Plaintiff Loomis, Plaintiff Payne, and the Opt-in Plaintiffs; and (3) demonstrates a good-faith intention by the parties that the claims of Plaintiff Loomis, Plaintiff Payne, and the Opt-in Plaintiffs be

fully and finally resolved, and not re-litigated in whole or in part at any point in the future, and accordingly, the settlement described in the Stipulation is hereby **APPROVED** by the Court;

      B.      The claims alleged by the Settling Plaintiffs are hereby **DISMISSED WITH PREJUDICE**;

      C.      The claims alleged by those individuals identified in <u>Exhibit B</u> ("the Non-Responders") and <u>Exhibit C</u> ("the Disqualified Opt-in Plaintiffs") to the Stipulation are hereby **DISMISSED WITH PREJUDICE**; and

      D.      The claims alleged by Opt-in Plaintiff Matthew Olive are hereby **DISMISSED WITHOUT PREJUDICE.**

      E.      All parties shall bear her/his/its own costs and attorney's fees, except as otherwise provided in the Stipulation.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 19th day of July, 2010.

                                     ___s/ Arthur J. Boylan_____
                                     ARTHUR J. BOYLAN
                                     United States Magistrate Judge